AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mullin, Mark X. | U.S. Bankruptcy Court, Northern District of Texas | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Eldon B. Mahon U.S. Courthouse
501 W. 10th Street, Rm. 147
Fort Worth, TX 76102-3643

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Haynes and Boone Retirement Savings Plan, no control (Rollover to Ameriprise Financial on November 17, 2016) |
| 2. 2014 | Haynes and Boone Investment Directed Profit Sharing Plan, no control (Rollover to Ameriprise Financial on November 17, 2016) |
| 3. 2014 | Haynes and Boone LLP Partners' Retirement Plan (frozen), no control |
| 4. 2015 | Haynes and Boone Partners' Cash Balance Plan, no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Center for American and International Law | February 24-26, 2016 | New Orleans, LA | 5th Circuit Bench-Bar Bankruptcy Conference (speakeer) (speaker) | Airfare, Hotel, Taxi, Airport Parking |
| 2. | American Bankruptcy Institute | March 15-16, 2016 | Las Vegas, NV | VALCON (Valuation Conference) (speaker) | Airfare, Hotel, Taxi, Airport Parking |
| 3. | Tarrant County Bankruptcy Bar | April 18, 2016 | Fort Worth, TX | Monthly Tarrant County Bankruptcy Bar Meeting (speaker) | Lunch |
| 4. | Center for American and International Law | June 10, 2016 | Plano, TX | Interenational Academy Program (speaker) | Lunch |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullin, Mark X.** | 05/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | DFW Consumer Bar Association | November 7, 2016 | Arlington, TX | 2016 Consumer Bankruptcy Bar Semenar (speaker) | Lunch |
| 6. | Mississippi Bankruptcy Bar Conference | November 9-10, 2016 | Jackson, MS | 2016 Mississippi Bankruptcy Bar Conference (speaker) | Airfare, Hotel, Taxi, Airport Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 2. Mutual Fund - MCMAX -- AMG Managers Cadence Mid Cap-Inv | A | Int./Div. | J | T | | | | | |
| 3. Mutual Fund - MIGFX - Mass MFS Investors Growth Stock Class A | A | Int./Div. | J | T | | | | | |
| 4. Mutual Fund - PGRWX - Putnam Growth & Income-A | A | Int./Div. | J | T | | | | | |
| 5. Mutual Fund - PNGAX - Putnam International Value-A | A | Int./Div. | J | T | | | | | |
| 6. Mutual Fund - VAFAX - Invesco American Franchise Fund-Class A- VAFAX | A | Int./Div. | J | T | | | | | |
| 7. Minnesota Life - Adjustable Life Insurance | B | Dividend | K | T | | | | | |
| 8. BOK Financial - Vanguard Target Retirement 2025 | A | Int./Div. | | | Closed | 11/17/16 | P1 | E | |
| 9. Ameriprise Brokerage Account - AIMMA - tax qualified Retirement Account | A | Int./Div. | P1 | T | Buy | 11/17/16 | P1 | | |
| 10. Bank of America Cash Account (X) | | None | L | T | | | | | |
| 11. Ameriprise One Financial Account (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 12. Mutual Fund - ACLAX - American Century Mid Cap Value CL A (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 13. Mutual Fund - BHYAX - Blackrock High Yield Bond Investor CL A (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 14. Mutual Fund - BASIX - Blackrock Strategic Income Opptys Investor (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 15. Mutual Fund - AIOAX - Columbia Income Oppty CL A (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 16. Mutual Fund - CSCEX Active Portfolio Multi MGR Small Cap Equity (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 17. Mutual Fund - CMCPX - Active Portfolio Multi MGR Total Retyrn Bond (X) | C | Int./Div. | M | T | Buy | 11/17/16 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund - CSLGX Acgove Portfolio Multi MGR Growth CL A (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 19. Mutual Fund - CDEIX - Active Portfolio Aulti GGR Value CL A (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 20. Mutual Fund - CDAAX Active Protfolio Multi Mgr Directional Alt (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 21. Mutual Fund - OLGAX - JPMorgan Large Cap Growth CL A (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 22. Mutual Fund - MGIAX - MFS Intl Value CL A (X) | A | Int./Div. | K | T | Buy | 11/17/16 | K | | |
| 23. Mutual Fund - MEIAX - MFS Value CLA A (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 24. Mutual Fund - OIGAX Oppenheimer Intl Growth CL A (X) | A | Int./Div. | J | T | Buy | 11/17/16 | J | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullin, Mark X.** | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII; lines 8 and 9 - 401K retirement account rolled over from BOK to Ameriprise during 2016.

Part VII; lines 11-24 - mutual funds were purchased with an inheritance received in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark X. Mullin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544